THE MANHATTAN LIFE INSURANCE COMPANY v. AARON SCHWARTZ and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID LAKE.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

4 EAST 72ND STREET CORPORATION v. CATHLEEN V. LOWMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALBERT E. GRANT v. SETH A. BURROWS and Another.— Motion for a modification or amendment of the opinion of this court or for a reargument of the appeal denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, v. PENINSULA NATIONAL BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

MAX HERSKOWITZ v. OSCAR L. RICHARD and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

JOAN REARDON v. ANNIE LUPTON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

JOHN B. PORTER, Respondent, v. OTTO H. WAGNER, Appellant.— Action for personal injuries sustained by the plaintiff through the negligence of the defendant. Defendant's automobile ran into the automobile of the plaintiff. Defendant's car passed on. Plaintiff overtook it at a traffic light, stepped on the running board of defendant's car and asked to see his license. Defendant refused to show it, started his car without warning and continued on until his car struck an elevated railroad pillar, when plaintiff was thrown off and injured. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN B. PORTER, Respondent, v. OTTO H. WAGNER, Appellant.— Order denying defendant's motion for a new trial under section 552 of the Civil Practice Act, upon the ground of concealment of evidence on the trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. WILLIAM BOBER and Others, Defendants, Impleaded with ELIZABETH BOBER, Appellant.— Action to foreclose a first mortgage. Order, as resettled, granting plaintiff's motion for summary judgment, the judgment entered thereon; order granting reargument and upon reargument adhering to the original decision for summary judgment, and also order denying defendant's motion for a stay unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.